**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**TYRONE HENDERSON, SR.,** *et al.*,

    **Plaintiffs,**

v.                                                                 Civil Action No. 3:20-cv-00294-REP

**THE SOURCE FOR PUBLIC
DATA, L.P.,** *et al.*,

    **Defendants.**

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT
FOR LACK OF PERSONAL JURISDICTION AND LACK OF VENUE
OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

Defendants, The Source for Public Data, L.P., d/b/a PublicData.com, Shadowsoft, Inc., Harlington-Straker Studio, Inc., and Dale Bruce Stringfellow (collectively, "Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 12(b)(2), Fed. R. Civ. P. 12(b)(3), 28 U.S.C. § 1404(a), and 28 U.S.C. § 1406(a), submit this Motion to Dismiss Plaintiffs' Amended Complaint [Dkt. No. 25] for Lack of Personal Jurisdiction and Lack of Venue or, in the Alternative, to Transfer Venue to the U.S. District Court for the Northern District of Texas. The reasons for this Motion are set forth in the memorandum contemporaneously filed herewith.

WHEREFORE, Defendants respectfully request that the Court enter an order: (1) dismissing Plaintiffs' claims for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2); (2) dismissing Plaintiffs' claims for improper venue under Fed. R. Civ. P. 12(b)(3); or (3) alternatively, transferring this case to the U.S. District Court for the Northern District of Texas.

**THE SOURCE FOR PUBLIC DATA, L.P., D/B/A PUBLICDATA.COM, SHADOWSOFT, INC., HARLINGTON-STRAKER STUDIO, INC., AND DALE BRUCE STRINGFELLOW**

By: */s/Timothy J. St. George*
David N. Anthony
Virginia State Bar No. 31696
Timothy J. St. George
Virginia State Bar No. 77349
*Counsel for Defendants*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: david.anthony@troutman.com
Email: tim.stgeorge@troutman.com

Ronald I. Raether, Jr. (admitted *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: (949) 622.2722
Facsimile: (949) 622.2739
Email: ron.raether@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Kristi C. Kelly
Andrew J. Guzzo
Casey S. Nash
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7570
Facsimile: 703-591-9285
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
*Counsel for Plaintiffs*

Dale W. Pittman
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
Telephone: 804-861-6000
Facsimile: 804-861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

Leonard A. Bennett
Craig C. Marchiando
CONSUMER LITIGATION ASSOCIATES
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
*Counsel for Plaintiffs*

*/s/ Timothy J. St. George*
Timothy J. St. George
Virginia State Bar No. 77349
*Counsel for Defendants*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: tim.stgeorge@troutman.com