**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**TYRONE HENDERSON, SR.,** *et al.*,

    **Plaintiffs,**

v.                                           Civil Action No. 3:20-cv-00294-REP

**THE SOURCE FOR PUBLIC**
**DATA, L.P.,** *et al.*,

    **Defendants.**

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Defendants, The Source for Public Data, L.P., d/b/a PublicData.com, Shadowsoft, Inc., Harlington-Straker Studio, Inc., and Dale Bruce Stringfellow (collectively, "Defendants"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully move this Court to dismiss Plaintiffs' Amended Complaint [Dkt. No. 25] with prejudice. The reasons for this Motion are set forth in the memorandum contemporaneously filed herewith.

WHEREFORE, Defendants respectfully request that the Court enter an order: (1) granting Defendants' Motion; (2) dismissing Plaintiffs' claims for failure to state a claim for relief under Fed. R. Civ. P. 12(b)(6); and (3) granting such further relief as the Court deems appropriate.

**THE SOURCE FOR PUBLIC DATA, L.P., D/B/A PUBLICDATA.COM, SHADOWSOFT, INC., HARLINGTON-STRAKER STUDIO, INC., AND DALE BRUCE STRINGFELLOW**

By:*/s/Timothy J. St. George*
David N. Anthony
Virginia State Bar No. 31696
Timothy J. St. George
Virginia State Bar No. 77349
*Counsel for Defendants*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: david.anthony@troutman.com
Email: tim.stgeorge@troutman.com

Ronald I. Raether, Jr. (admitted *pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: (949) 622.2722
Facsimile: (949) 622.2739
Email: ron.raether@troutman.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of September 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Kristi C. Kelly
Andrew J. Guzzo
Casey S. Nash
KELLY GUZZO PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7570
Facsimile: 703-591-9285
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
*Counsel for Plaintiffs*

Dale W. Pittman
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
Telephone: 804-861-6000
Facsimile: 804-861-3368
Email: dale@pittmanlawoffice.com
*Counsel for Plaintiffs*

Leonard A. Bennett
Craig C. Marchiando
CONSUMER LITIGATION ASSOCIATES
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
*Counsel for Plaintiffs*

 

*/s/ Timothy J. St. George*
Timothy J. St. George
Virginia State Bar No. 77349
*Counsel for Defendants*
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
Email: tim.stgeorge@troutman.com

109475388