FILED: November 3, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1678
(3:20-cv-00294-HEH)
_____

TYRONE HENDERSON, SR.; GEORGE O. HARRISON, JR.; ROBERT
MCBRIDE, on behalf of himself and others similarly situated

Plaintiffs - Appellants

v.

THE SOURCE FOR PUBLIC DATA, L.P., d/b/a Publicdata.com;
SHADOWSOFT, INC.; HARLINGTON-STRAKER STUDIO, INC.; DALE
BRUCE STRINGFELLOW

Defendants - Appellees

------------------------------

FEDERAL TRADE COMMISSION; CONSUMER FINANCIAL PROTECTION
BUREAU; NORTH CAROLINA; TEXAS; ALABAMA; ARIZONA;
ARKANSAS; CONNECTICUT; GEORGIA; IOWA; MAINE; MICHIGAN;
MINNESOTA; MISSISSIPPI; NEBRASKA; NEVADA; NORTH DAKOTA;
OHIO; SOUTH CAROLINA; SOUTH DAKOTA; UTAH; VERMONT;
VIRGINIA; NATIONAL CONSUMER LAW CENTER; NATIONAL FAIR
HOUSING ALLIANCE; LAWYERS' COMMITTEE FOR CIVIL RIGHTS
UNDER LAW

Amici Supporting Appellant

---

# J U D G M E N T

---

In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK