UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

TYRONE HENDERSON, SR., *et al.*,

    Plaintiffs,

v.                                         Civil Action No. 3:20-cv-00294-HEH

THE SOURCE FOR PUBLIC
DATA, L.P., *et al.*,

    Defendants.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs TYRONE HENDERSON, SR. and ROBERT MCBRIDE ("Plaintiffs") and Defendants THE SOURCE FOR PUBLIC DATA, L.P. d/b/a PUBLICDATA.COM, SHADOWSOFT, INC., HARLINGTON-STRAKER STUDIO, INC., and DALE BRUCE STRINGFELLOW ("Defendants") (collectively, the "Parties") stipulate to the dismissal with prejudice of all Defendants, with each party to pay its own costs and attorney's fees.

The Parties further stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Dated: May 2, 2023

                                                  **TYRONE HENDERSON**
                                                  **ROBERT MCBRIDE**

                                                  */s/ Leonard A. Bennett*
                                                  Leonard Anthony Bennett, VSB# 37523
                                                  Craig Carley Marchiando, VSB# 89736
                                                  **CONSUMER LITIGATION**
                                                  **ASSOCIATES, P.C.**
                                                  763 J. Clyde Morris Boulevard, Suite 1-A

Newport News, VA 23601
757-930-3660 – Telephone
757-930-3662 - Fax
lenbennett@clalegal.com
craig@clalegal.com

Ansdrew Guzzo, VSB# 82170
Kristi Kelly, VSB# 72791
James McNichol, VSB#
**Kelly Guzzo PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7576
Email: aguzzo@kellyguzzo.com
Email: kkelly@kellyguzzo.com
Email: pat@kellyguzzo.com

Dale W. Pittman, VSB# 15673
**The Law Office of Dale W. Pittman, P.C.**
112-A W Tabb St.
Petersburg, VA 23803
Telephone: 804-861-6000
Email: dale@pittmanlawoffice.com


*Counsel for Plaintiff*

*/s/ Timothy James St. George*
Timothy James St. George, VSB# 77349
Harrison Scott Kelly, VSB# 80546
David Neal Anthony, VSB# 31696
**Troutman Pepper Hamilton Sanders LLP**
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
Telephone: 804-697-1254
Email: timothy.st.george@troutman.com
Email: scott.kelly@troutman.com
Email: David.anthony@troutman.com

Ronald Irvin Raether, Jr. (*Pro Hac Vice*)
**Troutman Pepper Hamilton Sanders LLP**
5 Park Plaza
Suite 1400
Irvine, CA 92614

Telephone: 937-227-3733
Email: Ronald.raether@troutmansanders.com

*Counsel for Defendants*