IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TYRONE HENDERSON, SR., *et al.*,  )
                                   )
        Plaintiffs,              )
                                   )
v.                                      )     Civil Action No. 3:20-cv-294–HEH
                                   )
THE SOURCE FOR PUBLIC DATA, )
L.P., *et al.*,                       )
                                   )
        Defendants.       )

## **FINAL ORDER**

THIS MATTER is before the Court on a Stipulation of Dismissal with Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 96.) It appearing that all claims have been resolved, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney's fees. The Court, however, shall retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co.*, 511 U.S. 375 (1994).

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

This case is CLOSED.

                                                           /s/
                                           Henry E. Hudson
                                           Senior United States District Judge

Date: May 4, 2023
Richmond, VA